

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>HECTOR GOMEZ,<br>also known as "Hector Gomez-Atilano,"<br>"Victor Gomez,"<br>"Victor Gomez-Atilano," and<br>"Victor Manuel Gomez-Atilano" | Case No. 25 CR 735<br><br>Violations: Title 18, United States Code, Sections 922 (g)(1) and (g)(5)<br><br>1:25-cr-735<br>Judge Matthew F. Kennelly<br>Magistrate Judge Beth W. Jantz<br>RANDOM / CAT.4 |

### COUNT ONE

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

1. At times material to this indictment:

    a. Defendant, HECTOR GOMEZ, is a native and citizen of Mexico and has no claim to United States citizenship or lawful permanent residence.

    b. On or about May 1, 2008, GOMEZ, utilizing the name Hector Gomez-Atilano, entered the United States and was not admitted or paroled after inspection by an immigration officer.

    c. Between September 2008 and October 2015, GOMEZ was removed from the United States on at least four separate occasions utilizing various alias identities, including "Hector Gomez-Atilano," "Victor Gomez-Atilano," "Victor Manuel Gomez-Atilano," and "Victor Manual Gomez-Atilano."

    d. On or about November 8, 2025, at approximately 9:30 a.m., at least two rounds were discharged by the driver of a black Jeep Wrangler from a Heckler & Koch, Model VP9, 9mm caliber pistol, bearing serial number 224-325775,

in proximity of Customs and Border Patrol agents who were engaged in the performance of their official duties in the area of 2451 South Kedzie Avenue in Chicago.

  e. On or about November 8, 2025, at approximately 2:07 p.m., GOMEZ brandished a firearm at Victim A. Shortly thereafter, Chicago Police Officers found the Heckler & Koch, Model VP9, 9mm caliber pistol, bearing serial number 224-325775, that had discharged the two rounds earlier that day, in GOMEZ's lap as he sat in the driver's seat of a black Jeep Wrangler in a parking lot near 3132 W. 26th Street in Chicago.

 2. On or about November 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

HECTOR GOMEZ,
also known as "Hector Gomez-Atilano," "Victor Gomez," "Victor Gomez-Atilano,"
and "Victor Manuel Gomez-Atilano"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, a loaded Heckler & Koch, Model VP9, 9mm caliber pistol, bearing serial number 224-325775, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

1. The allegations in Paragraph One of Count One of this indictment are incorporated here.

2. On or about November 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

HECTOR GOMEZ,
also known as "Hector Gomez-Atilano," "Victor Gomez," "Victor Gomez-Atilano," and "Victor Manuel Gomez-Atilano"

defendant herein, knowing that he was an alien, illegally or unlawfully in the United States, knowingly possessed a firearm, namely, a loaded Heckler & Koch, Model VP9, 9mm caliber pistol, bearing serial number 224-325775, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(5).

## **FORFEITURE ALLEGATION**

The SPECIAL SEPTEMBER 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, the Heckler & Koch, Model VP9, 9mm caliber pistol, bearing serial number 224-325775, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY

4